UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
MORDECHAI FOGELMAN                      09 CV 642 (FB) (MDG)

                       Plaintiff,

                                                    **STIPULATION OF**
                                                    **DISCONTINUANCE WITH**
                                                    **PREJUDICE**
              -against-

NCO FINANCIAL SYSTEMS, INC.

                       Defendant.
-------------------------------------------------------------

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. Any claims of any putative class members are dismissed without prejudice.


*Adam J. Fishbein*

_____
Adam J. Fishbein, P.C. (AF-9508)
Attorney At Law
**Attorney for the Plaintiff**
483 Chestnut Street
Cedarhurst, New York 11516
516-791-4400

SO ORDERED:


_____
U.S.D.J.